**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                                                  CASE NO.: 3:13-bk-04294-PMG
AUNGZI INTOP                                                                  CHAPTER 13
HKAWNSAN DUM DAW
        Debtors.                                    /

**MOTION FOR CONTEMPT AND SANCTIONS AGAINST US BANK, NA, AND STATEBRIDGE COMPANY, LLC**
**Property Address: 9762 Ivey Road, Jacksonville, FL 32246**
**Loan #xxxxxx7218**

Comes now the Debtors, Aungzi Intop and Hkawnsan Dum Daw, and files this Motion for Contempt and Sanctions against U.S. Bank Trust National Association, as Trustee of the Preston Ridge Partners Investments II Trust (hereinafter "US Bank") and Statebridge Company, LLC ("Statebridge") for failing to comply with previously entered Court orders, and in support would state the following;

1. The Debtors sought a mortgage modification through the Home Affordable Modification Program.

2. This Honorable Court entered an order on July 24, 2013, referring both the Debtors and Kondaur Capital Corporation (hereinafter "Kondaur") to mediation.

3. On or about November 15, 2016, Kondaur offered Debtors a trial modification and Debtors sought approval of those terms DE 63].

4. The trial period required the Debtors to make twelve (12) consecutive payments of $1,500.00 beginning December 1, 2014 through November 1, 2015.

5. The payments were to be made through the Chapter 13 plan.

6. On November 24, 2014, this Honorable Court granted Debtors' motion for approval of

the trial terms [De 66].

7. Section seven (7) of the Order states that:

> **"Once the trial payments are made, Kondaur shall provide a copy of the permanent modification agreement to Debtors' counsel in a reasonable amount of time."**

8. On June 24, 2015, a transfer of claim was indicating that the subject loan had been transferred from Kondaur to US Bank and that Statebridge would service the loan [DE 71].

9. An assignment of mortgage from Kondaur to US Bank was recorded in the Duval county records in Official Book 17284, Page 1478 on August 28, 2015.

10. According to the Chapter 13 trustee's ledger, all 12 payments were made to Kondaur and US Bank.

11. Additional payments were made to US Bank after the 12 trial period payments.

12. After many unsuccessful attempts to reach representatives from US Bank and Statebridge, Debtors' counsel filed a motion to compel production of the permanent modification agreement and served it upon the address listed in the transfer of claim [DE 73].

13. A hearing was held on Debtors' motion to compel on May 18, 2016.

14. Debtors' counsel was the only party to appear at the hearing.

15. This Court granted Debtors' motion to compel and entered an order on May 20, 2016 [DE 78].

16. The Order required US Bank to provide a full version of the permanent modification agreement within thirty (30) days of entry of the Order.

17. Section 3 of the Order also reserved jurisdiction to impose sanctions, if necessary, to for failure to comply with the Order.

18. At the time of filing this motion, Debtors counsel has not received any correspondence or communications from US Bank or Statebridge.

19. Debtors have not received any correspondence or statements from US Bank or Statebridge.

20. Failure to provide the permanent agreement is holding up closing out this bankruptcy case.

21. US Bank assumed the responsibilities of Kondaur when it took over servicing Debtors' loan from Kondaur.

22. US Bank and Statebridge, as an agent of US Bank, are contempt of multiple court orders entered by this Court.

WHEREFORE, Debtors request this Honorable Court to hold US Bank and Statebridge in contempt of this Court and to impose sanctions for their failure to comply with court orders and to award attorney's fees and costs for having to bring this motion, and any other relief this court deems just and proper.

PARKER & DUFRESNE, P.A.
*/s/ E. Warren Parker, Jr.*
E. Warren Parker, Jr.
Florida Bar No.: 958506
8777 San Jose Blvd., Suite 301
Jacksonville, FL 32217
(904) 733-7766
Attorney for Debtors

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to all interested parties via ECF notification and to US Bank, National Association, as Trustee of the Preston Ridge

Partners Investments II Trust, c/o Statebridge Company, LLC, 5680 Greenwood Plaza Blvd., Suite 100S, Greenwood Village, CO 8011, Incorp Services, Inc., 17888 67th Court North, Loxahatchee, FL 33470 (Registered agent for Statebridge) this 21 June 2016.

                                                          **PARKER & DUFRESNE, P.A.**
                                                          */s/ E. Warren Parker, JR.*
                                                          Attorney